**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chas Roberts Air Conditioning, Inc., )<br><br>        Plaintiff, )<br><br>vs. )<br><br>Sheet Metal Workers International)<br>Association Local Union 359, et al., )<br><br>        Defendants. )<br>_____) | No. CV 04-1573 PHX NVW<br><br>**ORDER** |

Before the court is the Motion to Transfer Case No. CV-05-2082-PHX-SMM to Judge Wake or for Other Relief (doc. #53) and plaintiff Chas Roberts Air Conditioning, Inc.'s Response (doc. #56). By previous order of September 7, 2005, this court deferred ruling on the motion until Judge McNamee rules on the pending Motion to Remand to State Court in case No. CV-05-2082-PHX SMM. The court has concluded that the deferral of ruling on the Motion to Transfer case No. CV-05-2082-PHX SMM will create the duplication of judicial resources that LRCiv 42.1(a) is designed to avoid. Therefore, the order of September 7, 2005 (doc. # 57) is vacated, and the court will rule now on the Motion to Transfer.

The transaction and the subject matter of No. CV-05-2082-PHX SMM is the same as that in No. CV 04-1573 PHX NVW. Indeed, the relief sought in No. CV-05-2082-PHX SMM is to direct the course of the arbitration proceedings being conducted on remand from this court in No. CV 04-1573 PHX NVW. No. CV-05-2082-PHX SMM satisfies several of

1  the requirements of LRCiv 42.1(a)(1) for transfer in that the two cases "arise from

2  substantially the same transaction or event," they "involve substantially the same parties or

3  property," and they "would entail substantial duplication of labor if heard by different judges

4  . . . ."  Even if the pending motion to remand in No. CV-05-2082-PHX SMM is granted,

5  consideration of that motion is likely to benefit from the undersigned judge's familiarity with

6  the proceedings in No. CV 04-1573 PHX NVW and with the disputes that are at the heart of

7  both the arbitration ordered in No. CV 04-1573 PHX NVW and the disputes alleged in No.

8  CV-05-2082-PHX SMM

9      IT IS THEREFORE ORDERED that the Motion of defendant Sheet Metal Workers

10  International Association, Local Union 359,  to Transfer Case No. CV-05-2082-PHX-SMM

11  to Judge Wake or for Other Relief (doc. #53) is granted, and said case is transferred to the

12  undersigned judge.  The case number henceforth is CV-05-2082-PHX-NVW.

13      DATED this 16th day of November, 2005.

14

15  _____

16                    Neil V. Wake
                United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -